ROBERT LONE AND ELIZABETH LONE v. KEITH P. BROWN.

March 11, 1986.

This matter having been duly considered and the Court having determined that certification was improvidently granted; (See 102 *N.J.* 336 (1985)).

It is ORDERED that the within appeal be and hereby is dismissed.

STATE OF NEW JERSEY v. MARCELLINO LOPEZ.

March 11, 1986.

Petition for certification denied.

GLORIA RANKIN v. MARTIN STEINWEISS, ET AL. v. PLANTING BY M.E., INC. AND DRS. KLAUSNER, ISAACSON, BRODKEY, ETC.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CAROL HANCOCK.

March 11, 1986.

Petition for certification denied.